**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

J. Michael McMahon
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - x
Zaid Amain Abdulla Al-Saidi

        Plaintiff(s),        07   Civ.  7326 (DC)

    - against -

District Director
Andrea J. Quarantillo, et al.,,

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - x

    The above-captioned action has been assigned to Judge Denny Chin.

    Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

    This conference will be held on <u>January 25, 2008 at 11:30 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

    **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            December 21, 2007

                                                      Sincerely,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/24/07
```

                                                  David Tam
                                                  Courtroom Deputy Clerk
                                                  U.S.D.C. - S.D.N.Y.
                                                  500 Pearl Street, Rm. 1020
                                                  New York, New York 10007
                                                  (212) 805-0096