MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

**MEMO ENDORSED**

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ZAID AMIAN ABDULLA AL-SAIDI,
individually,                                                    :

                          Petitioner,            :

                  - v. -                          :

ANDREA QUARANTILLO, officially         :
as District Director, U.S. Citizenship &
Services; and U.S. CITIZENSHIP          :
& IMMIGRATION SERVICES,

                                                       :

                  Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/08

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

07 Civ. 7326 (DC)

WHEREAS United States Citizenship and Immigration Services has approved petitioner's naturalization

application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action

be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:    New York, New York
          March 4, 2008
          April

By:

FERRO & CUCCIA, PC
Attorneys for Petitioner

By:

ROMEEN AQUINO, ESQ.
100 Lafayette Street, Suite 201
New York, NY 10013
Tel. No.: (212) 966-7775

Dated:    New York, New York
          March 7, 2008
          April

By:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:

F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE
4/10/08